# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN

               V.

SPECTRUM BRANDS, INC. And DOES 1-100

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09CV0058-BTM(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that upon Joint Motion to Dismiss, the Court Dismisses all claims and counterclaims asserted by either party against the other, in their entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

| December 9, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk
ENTERED ON December 9, 2011

[Case Number]